

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sentencing in this case was imposed on October 16, 2014, and a notice of appeal was filed the same date. On April 6, 2015, this court issued a late brief notice. Appellant received substitute appellate counsel on June 9, 2015. On June 16, 2015, this Court issued an order requiring appellant's brief to be filed by July 17, 2015. This Court extended this deadline to August 17, 2015. Appellant's attorney now requests an additional 45 days to file the brief.

Based upon the age of this appeal and multiple extensions already granted totaling more than 60 days, this Court may not allow appellant's counsel an additional 45 days. It is ordered appellant's brief be filed in this Court no later than September 8, 2015. **No further extensions will be allowed.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court